[Civ. No. 4982. First Appellate District, Division One.—October 22, 1924.]

## WILLIAM J. FLANAGAN, Appellant, v. FRANK C. SYKES et al., Respondents.

[1] MUNICIPAL CORPORATIONS — SAN FRANCISCO — FIREMEN'S RELIEF FUND.—Judgment reversed upon authority of *Hurley* v. *Sykes, ante,* p. 310.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. James M. Troutt, Judge. Reversed.

The question involved in this case is in all respects similar to that in *Hurley* v. *Sykes, ante,* p. 310.

Sloss, Ackerman & Bradley for Appellant.

George Lull, City Attorney, and Maurice T. Dooling, Jr., Assistant City Attorney, for Respondents.

St. SURE, J.—The question involved in this case is in all respects similar to that in *Hurley* v. *Sykes et al., ante,* p. 310 [231 Pac. 748]. [1] Upon the authority of that case it is ordered that the judgment be reversed and that a decree be entered in favor of appellant, with the direction that the writ issue.

Tyler, P. J., and Knight, J., concurred.

---

[Civ. No. 4983. First Appellate District, Division One.—October 22, 1924.]

## JOHN J. MOHOLY, Appellant, v. FRANK C. SYKES et al., Respondents.

[1] MUNICIPAL CORPORATIONS — SAN FRANCISCO — FIREMEN'S RELIEF FUND.—Judgment reversed upon authority of *Hurley* v. *Sykes, ante,* p. 310

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. James M. Troutt, Judge. Reversed.

The question involved in this case is in all respects similar to that in *Hurley* v. *Sykes, ante,* p. 310.

Sloss, Ackerman & Bradley for Appellant.

George Lull, City Attorney, and Maurice T. Dooling, Jr., Assistant City Attorney, for Respondents.

St. SURE, J.—The question involved in this case is in all respects similar to that in *Hurley* v. *Sykes et al., ante,* p. 310 [231 Pac. 748]. [1] Upon the authority of that case it is ordered that the judgment be reversed and that a decree be entered in favor of appellant, with the direction that the writ issue.

Tyler, P. J., and Knight, J., concurred.

———

[Civ. No. 4984. First Appellate District, Division One.—October 22, 1924.]

WILLIAM H. BROWN, Appellant, v. FRANK SYKES et al., Respondents.

[1] MUNICIPAL CORPORATIONS — SAN FRANCISCO — FIREMEN'S RELIEF FUND.—Judgment reversed upon authority of *Hurley* v. *Sykes, ante,* p. 310.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. James M. Troutt, Judge. Reversed.

The question involved in this case is in all respects similar to that in *Hurley* v. *Sykes, ante,* p. 310.

Sloss, Ackerman & Bradley for Appellant.

George Lull, City Attorney, and Maurice T. Dooling, Jr., Assistant City Attorney, for Respondents.

KNIGHT, J.—The question involved in this case is in all respects similar to that in *Hurley* v. *Sykes et al., ante,* p. 310 [231 Pac. 748]. [1] Upon the authority of that case it is ordered that the judgment be reversed and that a